UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MARK KOLODZIEJ,

        Plaintiff,

   v.

DS WATERS OF AMERICA INC., a Georgia corporation dba Alhambra Water; DOES 1 to 100, inclusive,

        Defendants.

NO. CIV. 2:08-cv-2003 FCD DAD

ORDER

----oo0oo----

This matter is before the court on plaintiff Mark Kolodziej's motion for reimbursement and waiver of court costs pursuant to the Uniformed Services Employment and Reemployment Rights Act of 1994 ("USERRA"), 38 U.S.C. § 4323. Defendant DS Waters of America does not oppose the motion. Pursuant to § 4323(h)(1) of the USERRA, "[n]o fees or court costs may be charged or taxed against any person claiming rights" under the statute. 38 U.S.C. § 4323(h)(1) (West 2009); see also 20 C.F.R. § 1002.310 ("No fees or court costs may be charged or taxed

against an individual if he or she is claiming rights under the Act."). Therefore, in light of plaintiff's claims for relief, defendant's non-opposition to plaintiff's motion, and the relevant statutory and regulatory authority, plaintiff's motion for reimbursement and waiver is GRANTED. Plaintiff shall be reimbursed the $350 filing fees paid to the court in initiating this action, and all plaintiff's future court fees and costs in this matter are waived.

IT IS SO ORDERED.

DATED: January 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE