Galen T. Shimoda (Cal. State Bar No. 226752)
Shimoda Law Corp.
9563 Laguna Springs Drive, Suite 200
Elk Grove, CA 95758
Telephone: (916) 525-0716
Facsimile: (916) 525-9456

Attorney for Plaintiff
MARK KOLODZIEJ

SEYFARTH SHAW LLP
Alfred L. Sanderson, Jr. (SBN 186071)
Joel M. Van Parys (SBN 227387)
400 Capitol Mall
Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
DS WATERS OF AMERICA, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK KOLODZIEJ, | Case No. 2:08-CV-02003-FCD-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DISCOVERY CUTOFF DEADLINE** |
| v. | |
| DS WATERS OF AMERICA INC., a Georgia corporation dba Alhambra Water; and DOES 1 to 100, inclusive, | |
| Defendants. | |

1. WHEREAS, the Court's Pretrial Scheduling Order states that all discovery must be completed by September 30, 2009;

2. WHEREAS, to meet this deadline, the parties have met and conferred in good faith to schedule the depositions of Defendant's employees Chuck Corcoran and John Lock, and Plaintiff's wife Kelly Kolodziej.

STIPULATION AND ORDER TO EXTEND THE DISCOVERY CUTOFF

1  3. WHEREAS, due to the witnesses' schedules and plaintiff counsel's schedule, the
2  depositions could not be scheduled before the discovery cutoff and are presently set for October
3  8, 2009;
4  4. WHEREAS, the parties also met and conferred to stipulate to a mental
5  examination for plaintiff, but, on September 10, 2009, due in part to recently discovered
6  information, determined they had disagreements regarding the scope of the proposed
7  examination, and whether such examination is allowable, that could not be resolved by further
8  conferences;
9  5. WHEREAS, on September 10, 2009, the parties agreed to extend the discovery
10 cutoff deadline to allow Defendant to file a motion to compel plaintiff's mental examination
11 under Federal Rules of Civil Procedure 35;
12 6. WHEREAS, the parties also agreed to extend the discovery cutoff deadline for
13 Defendant to obtain a mental examination of Plaintiff, pending the Court's ruling on the motion
14 to compel;
15 7. WHEREAS, on August 26, 2009, Defendant subpoenaed Joan Ross for a
16 deposition on September 11, 2009;
17 8. WHEREAS, on September 10, 2009, the parties determined they had
18 disagreements regarding the scope of Ms. Ross's deposition and the extent of the patient –
19 psychotherapist privilege;
20 9. WHEREAS, on September 10, 2009, the parties agreed to extend the discovery
21 cutoff deadline for Defendant to file a motion to compel a full deposition of Ms. Ross;
22 10. WHEREAS, the parties further agreed that Defendant would be allowed to pursue
23 additional depositions, if any, that results from Ms. Ross's deposition.
24 11. WHEREAS, on September 18, 2009 Defendant filed its Motion to Compel
25 Plaintiff's Mental Examination and the deposition of Joan Ross with a hearing date of October
26 30, 2009;
27
28

12.     WHEREAS, plaintiff does not concede that plaintiff's mental state is in controversy.  Plaintiff is not waiving any rights or privileges he has through this stipulation.

NOW, THEREFORE, the parties stipulate and agree as follows:

The discovery cutoff deadline of September 30, 2009, shall be extended to allow Plaintiff to take the depositions of John Lock and Chuck Corcoran, and for Defendant to take the deposition of Kelly Kolodziej.  These depositions must be completed by October 30, 2009.

The discovery cutoff deadline of September 30, 2009, shall be extended to allow Defendant to hold Plaintiff's mental examination, pending the result of Defendant's motion to compel.  If ordered, the mental examination must be completed within 30 days of the Court's ruling on Defendant's motion to compel.

The discovery cutoff deadline of September 30, 2009, shall be extended to allow Defendant to take Joan Ross's deposition, pending the result of Defendant's motion to compel.  If ordered, the deposition must be completed within 30 days of the Court's ruling on Defendant's motion to compel.  The parties further agree that Defendant will be allowed 19 days after the deposition of Mr. Ross's deposition, if allowed, to pursue additional depositions that result from Ms. Ross's deposition.

No other discovery except those stipulated to, or ordered by the Court pursuant to this Stipulation, shall be allowed after September 30, 2009.


DATED: September 24, 2009                    SHIMODA LAW GROUP


                                             By:     /s/ Galen T. Shimoda____
                                                     Galen T. Shimoda
                                             Attorneys for Plaintiff
                                             MARK KOLODZIEJ

1  DATED: September 24, 2009                SEYFARTH SHAW LLP
2
3
4                                            By:      /s/ Joel Van Parys
                                                   Alfred L. Sanderson, Jr.
5                                                  Joel Van Parys
                                             Attorneys for Defendants
6                                            DS WATERS OF AMERICA, INC.

7
8          **IT IS SO ORDERED:**

9   Dated:  September 24, 2009
10                                           _____
                                             FRANK C. DAMRELL, JR.
11                                           UNITED STATES DISTRICT JUDGE

4

STIPULATION AND ORDER TO EXTEND THE DISCOVERY CUTOFF