IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK KOLODZIEJ,

    Plaintiff,   No. CIV S-08-2003 FCD DAD

    v.

DS WATERS OF AMERICA, INC.,

    Defendant.   <u>ORDER</u>

_____/

    This case came before the court on October 30, 2009, for hearing on defendant's September 18, 2009 motion to compel deposition and Rule 35 examination (Doc. No. 15). Alfred L. Sanderson, Jr., Esq. appeared for defendant and moving party DS Waters of America, Inc. Galen T. Shimoda, Esq. appeared for plaintiff Mark Kolodziej. For the reasons stated in open court, defendant's motion to compel a Rule 35 examination was denied. Defendant's motion to compel the deposition of Joan Ross was granted with that deposition to be limited in scope as set forth on the record and to be completed in accordance with the Stipulation and Order filed September 25, 2009.

    IT IS ORDERED.

DATED: October 30, 2009.

DAD:kw
Ddad1/orders.civil/kolodziej2003.oah.103009

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE