1  SEYFARTH SHAW LLP
   Alfred L. Sanderson, Jr. (SBN 186071)
2  Joel M. Van Parys (SBN 227387)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   DS WATERS OF AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK KOLODZIEJ, | Case No. 2:08-CV-02003 FCD DAD |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |
| vs. | |
| DS WATERS OF AMERICA INC., a Georgia corporation dba Alhambra Water; and DOES 1 to 100, inclusive, | |
| Defendants. | |

Defendant DS Waters, Inc. and Plaintiff Mark Kolodziej hereby stipulate to amend the Scheduling Order entered in this matter on November 4, 2008 as follows:

1. Dispositive motion hearing: March 26, 2010;

2. Pretrial conference: May 21, 2010 at 2:30 pm.; and

3. Trial: August 24, 2010 at 9:00 am.

DATED: December 29, 2009                    SEYFARTH SHAW LLP


                                            By.      /s/ Alfred L. Sanderson, Jr.
                                                     Alfred L. Sanderson, Jr.
                                                     Joel Van Parys
                                            Attorneys for Defendant
                                            DS WATERS OF AMERICA, INC.

1
**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

1  DATED: December 29, 2009

2

3                                                          By.      /s/ Galen Shimoda
                                                                    Galen Shimoda
4                                                          Attorneys for Plaintiff
                                                           MARK KOLODZIEJ
5

6
       **IT IS SO ORDERED:**
7

8  Date: December 29, 2009                    _____
                                               FRANK C. DAMRELL, JR.
9                                              UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**